UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                              Criminal No. 09-cr-102-01-JD

<u>Patrick Prince</u>

O R D E R

The assented to motion to continue trial (document no. 10) filed by the defendant is granted; the continuance is limited to 60 days.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  July 17, 2009

cc:  Jeffrey Levin, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation